UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES IF AMERICA, | Case No.  1:03-cr-05283-DAD |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICMTENT |
| RUBEN RAMIREZ-VILLEGAS, | (Doc. No. 5) |
| Defendant. | |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the indictment in the above-captioned action against the defendant.

It is hereby ORDERED that the indictment is dismissed, and the related arrest warrant is recalled.

IT IS SO ORDERED.

Dated:   **February 28, 2017**            _____
                                          UNITED STATES DISTRICT JUDGE

1